PROB 12
(Rev 11/92)

# UNITED STATES DISTRICT COURT

for

## DISTRICT OF IDAHO

U.S.A. vs. **Dyan Jones**　　　　　　　　　　　　　　　　　　　Docket No. CR 92-021-E-EJL-007
　　　　　　Bellingham, Washington

### Petition on Probation and Supervised Release

　　COMES NOW Steven Cole, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of <u>Dyan Jones</u> who was placed on supervision by the Honorable <u>Edward J. Lodge</u> sitting in the court at <u>Pocatello, Idaho</u>, on the <u>12th</u> day of <u>January</u>, <u>1993</u> who fixed the period of supervision at <u>10 years</u>, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

> The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
> The defendant shall submit to a search of his person, place of residence, or automobile at the direction of the U.S. Probation Officer and submit to seizure of any contraband found therein.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short, insert here; if lengthy, write on separate sheet and attach)

　　The probation officer supervising the defendant has identified alcohol as a previous problem. Based on her substance abuse history, alcohol may act as a precursor toward the use of illegal substances and it is for this reason that modification of the release conditions is recommended to include abstinence from the use of alcohol. The defendant has agreed to such modification and a Waiver of Hearing to Modify Conditions is attached.

　　PRAYING THAT THE COURT WILL ORDER the defendant shall abstain from the use of alcohol and/or other intoxicants during the term of supervision.

ORDER OF COURT　　　　　　　　　　　　　　　　　Respectfully,

Considered and ordered this <u>14th</u> day of
<u>March</u>, <u>2001</u> and ordered filed and made a part of the
records in the above case.　　　　　　　　　　　　　　　Probation Officer

_____　　　　　　　　Place　　Boise, Idaho
U.S. District Judge

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date　　March 13, 2001

PROB 49
(5/97)

# United States District Court

### WESTERN District of Washington
### Docket Number: CR92-00021

### Waiver of Hearing to Modify Conditions of Supervised Release

I, DYAN P. JONES, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> That I participate as instructed by my U.S. Probation Officer in a program approved by the probation office for treatment of narcotic addiction or drug dependency, which may include testing to determine if I have reverted to the use of drugs. *I shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision.*

Witness: _____  Signed: _____
U.S. Probation Officer                Supervised Releasee

Date: 2/27/01