Dyan P. Jones
2812 Cottonwood # 19
Bellingham, WA 98116

U.S. COURTS
01 AUG -2 AM 9:49
REC____
CAMERON __ CLARKE
CLERK       IDAHO

July 22, 2001

Clerk
U.S. COURTHOUSE & FEDERAL BUILDING
550 W. Fort Street   MSC 042
Boise, Idaho 83724

RE: DYAN P. JONES vs. UNITED STATES OF AMERICA
Civil No.: 01-260-S-EJL
Criminal No.: 92-21-S-EJL

Dear Clerk:

This is to inorm the court of my change of address. Please made note within my file, so any and all correspondence may be mailed to the following:

Dyan P. Jones
2812 Cottonwood # 19
Bellingham, Washington  98226

I remain, Sincerely,

Dyan P. Jones

CC: U.S. ATTORNEY
P.O. Box 32
Boise, Idaho 83707