# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **DYAN JONES,**<br><br>Petitioner,<br><br>vs.<br><br>**UNITED STATES OF AMERICA,**<br><br>Respondent. | CASE NO: CV01-260-S-EJL<br>CR92-021-E-EJL<br><br>**JUDGMENT** |

Pursuant to this Court's Order, dated April 2nd, 2002, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Petitioner take nothing from the Respondent and the civil case associated with this matter is **DISMISSED IN ITS ENTIRETY**.

Dated this 2nd day of April, 2002.

EDWARD J. LODGE
UNITED STATES DISTRICT JUDGE

JUDGMENT-Page 1
02ORDERS\Jones_jdm.WPD

cv

United States District Court
for the
District of Idaho
April 5, 2002

\* \* CLERK'S CERTIFICATE OF MAILING \* \*

Re:  1:01-cv-00260

I certify that a copy of the attached document was mailed or faxed to the following named persons:

Dyan P Jones
2812 Cottonwood #19
Bellingham, WA  98116

*U.S. atty.*
*USMS*
*US Prob.*

\_\_\_\_Chief Judge B. Lynn Winmill
\_\_\_\_Judge Edward J. Lodge
\_\_\_\_Chief Magistrate Judge Larry M. Boyle
\_\_\_\_Magistrate Judge Mikel H. Williams

Cameron S. Burke, Clerk

Date: *April 5, 2002*        BY: *Caral Vaughn*
                                  (Deputy Clerk)